

116 P.3d 719

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**July 22, 2005**

| 24651 | McClane v. Delta Airlines, Inc. | Affirmed |
|---|---|---|

**July 28, 2005**

| 25322 | State v. Atchley | Affirmed |
|---|---|---|

**August 1, 2005**

| 26759 | State v. Flournoy | Affirmed |
|---|---|---|

**August 3, 2005**

| 26402 | State v. Spry | Affirmed |
|---|---|---|